1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9    DAVID McCUISTION,

10                 Petitioner,

Case No. C06-5329RBL

11          v.

ORDER GRANTING
RESPONDENT AN
EXTENSION OF TIME

12    HENRY RICHARDS,

13                 Respondent.

14

15          This 28 U.S.C. § 2254 petition has been assigned to the undersigned Magistrate Judge.

16    Before the court is Respondent's motion for an extension of time to file an answer (Dkt. # 18).

17    Counsel indicates files have been ordered from the state court to answer the petition.

18          Respondent has shown good cause for an extension of time and will have until **January 12,**

19    **2007** to file an answer.

20          The clerk is directed to send copies of this order to petitioner and counsel for respondent. And

21    to note the **January 12, 2007** due date.

22          DATED this 6 day of December, 2006.

23

24                                              /S/ J. Kelley Arnold
                                                J. Kelley Arnold
25                                              United States Magistrate Judge

26

27

28    ORDER- 1