UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID McCUISTION,

    Petitioner,

v.

WASHINGTON STATE ATTORNEY GENERAL'S OFFICE AND Dr. HENRY RICHARDS,

    Respondents.

Case No. C06-5329RBL

ORDER ADOPTING REPORT AND RECOMMENDATION

    The Court having reviewed the Report and Recommendation of the Hon. J. Kelley Arnold United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)     The Court adopts the Report and Recommendation;

(2)     The petition is **DENIED** for the reasons stated in the Report and Recommendation.

(3)     The clerk is directed to send copies of this Order to Petitioner, and to the Hon. J. Kelley Arnold.

DATED this 6th day of April, 2007.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1