# United States District Court

WESTERN DISTRICT OF WASHINGTON

DAVID MCCUISTON,

        Plaintiff,

    v.

WASHINGTON STATE OF ATTORNEY
GENERAL'S OFFICE AND
DR. HENRY RICHARDS,,

        Defendants,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5329RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court Adopts the Report and Recommendation.

The Petition is DENIED for the reasons stated in the Report and Recommendation.

April 10, 2007

BRUCE RIFKIN
Clerk

/s/ Pat LeFrois
Deputy Clerk